IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEES,

   Petitioner,      No. CIV S-06-1483 MCE PAN P

  vs.

WARDEN THOMAS L. CAREY, et al.,

   Respondents.    <u>ORDER</u>

/

   Petitioner, a state prisoner proceeding through counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 6, 2006, respondents filed a motion to dismiss and noticed the motion for hearing before the undersigned on October 11, 2006. Due to clerical error, a Notice of Local Rule 78-230 issued on September 18, 2006, vacating the hearing on the motion. That notice should not have issued because petitioner is proceeding through counsel. Accordingly, the court hereby ORDERS as follows:

  1. The Notice of Local Rule 78-230 issued on September 18, 2006, is vacated;

  2. Hearing on respondents' motion to dismiss is continued to October 25, 2006 at 10:00 a.m. in Courtroom No. 25;

  3. Petitioner's opposition shall be filed not later than October 11, 2006; and

////

1

1   4. Respondents' reply, if any, shall be filed not later than October 18, 2006.

2   So ordered.

3   Dated:  September 28, 2006.

4

5   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26