```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10   JAMES KEES,
11              Petitioner,              No. CIV S-06-1483 MCE EFB P
12         vs.
13   WARDEN THOMAS L. CAREY,
       et al.,                           ORDER
14              Respondents.
15   _____/
```

Petitioner is a state prisoner proceeding through counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter came on for hearing on respondent's motion to dismiss for petitioner's failure to exhaust all of the claims contained in his petition. Michael Satris appeared as counsel for petitioner. Heather M. Heckler, Deputy Attorney General, appeared as counsel for respondent.

The court informed the parties it was inclined to grant the motion, stating that petitioner's argument, that the arbitrariness of the decisions reversing his grants of parole is an ongoing violation, is a matter that the state supreme court has not yet been afforded an opportunity to consider. The court heard argument from both parties. Petitioner conceded that the petition presents unexhausted claims and asked for leave of court to amend to effectively voluntarily dismiss those claims. Accordingly, the court will grant petitioner's request. Upon the filing of

the amended petition, therefore, respondent's motion to dismiss will be mooted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted leave of thirty days in which to file an amended petition that presents only claims that have been exhausted in state court.

2. Upon the filing of petitioner's amended petition, respondent's motion to dismiss will be mooted.

DATED: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE