IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEES,

    Petitioner,               No. CIV S-06-1483 MCE EFB P

    vs.

WARDEN THOMAS L. CAREY, et al.,

    Respondents.         ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This matter came on for hearing on October 25, 2006, regarding respondent's motion to dismiss for failure to exhaust. The court heard argument from the parties and stated it was inclined to recommend granting the motion. Petitioner asked for leave of court to amend the petition in order to present only exhausted claims. Petitioner filed an amended petition on October 30, 2006.

    Accordingly, it is ORDERED that:

    1. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 30 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

1 documents relevant to the determination of the issues presented in the application. *See* Rules 4,
2 5, Fed. R. Governing § 2254 Cases.
3     2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an
4 answer.
5     3. If the response to petitioner's application is a motion, petitioner's opposition or
6 statement of non-opposition shall be filed and served within 30 days of service of the motion,
7 and respondents' reply, if any, shall be filed within 15 days thereafter.
8 Dated:   May 23, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2