IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEES,<br><br>      Petitioner,<br><br>v.<br><br>D.K. SISTO,<br><br>      Warden, California State Prison at Solano, Respondent. | No. 2:06–CV–01483–NRS<br><br>ORDER |

      Petitioner Kees is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Kees challenges the California Board of Parole Hearings's (the "Board's") refusal to set a date for his release on parole due to Governor Arnold Schwarzenegger's 2004 and 2006 reversals of the Board's grants of parole.  After Kees's petition, the Ninth Circuit Court of Appeals granted rehearing en banc in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, 527 F.3d 797 (9th Cir. May 16, 2008), which may directly impact Kees's petition.

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, IT IS HEREBY ORDERED that, within twenty days of the date of this order, the parties shall show cause why this action should not be administratively stayed pending the Ninth Circuit's resolution in *Hayward*.

DATED: **February 19, 2009**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge

PDF created with pdfFactory trial version www.pdffactory.com