IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEES,<br><br>      Petitioner,<br><br>v.<br><br>D.K. SISTO,<br><br>      Warden, California State Prison at Solano, Respondent. | No. 2:06–CV–01483–NRS<br><br><br><br><br><br>ORDER |

      Petitioner Kees was a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Kees challenged the California Board of Parole Hearings's (the "Board's") refusal to set a date for his release on parole due to Governor Arnold Schwarzenegger's 2004 and 2006 reversals of the Board's grants of parole. After Kees filed his petition, he was released on parole. Kees thereafter filed a Stipulated Motion to Withdraw Petition.

      Accordingly, IT IS HEREBY ORDERED that Kees's Motion to Withdraw his habeas petition is granted and this case is dismissed.

DATED: **August 10, 2009**

_____
Honorable N. Randy Smith
Ninth Circuit Court of Appeals Judge